UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DENZEL CHISHOLM,<br><br>    Defendant. | CRIMINAL NO. 16—10096-PBS |

### DENZEL CHISHOLM'S MOTION TO JOIN CO-DEFENDANT WILKIN'S MOTION TO SUPPRESS (DOCKET #373)

The defendant, Denzel Chisholm, moves to join Defendant Christopher Wilkin's Motion to Suppress All Evidence Derived From Title III Wiretaps on Target Telephones 9-17 and Incorporated Memorandum of Law (Docket #373).

Respectfully submitted,<br>
DENZEL CHISHOLM<br>
By and through counsel<br>
<u>/s/Leonard E. Milligan III</u><br>
Leonard E. Milligan III<br>
BBO 668836<br>
MILLIGAN RONA DURAN & KING LLC<br>
50 CONGRESS STREET-SUITE 600<br>
BOSTON, MA 02109<br>
t. 617.395.9493<br>
lem@mrdklaw.com

### CERTIFICATE OF SERVICE

  I, Leonard E. Milligan III, hereby certify that I have served a true and accurate copy of this document on the United States Attorney, Eric Rosen, by electronic filing ECF.
<u>/s/ Leonard E. Milligan III</u>
Leonard E. Milligan III