UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.   16-CR-10096(3s) |
| v. | ) | |
| DENZEL CHISHOLM,<br>        Defendant. | ) | |

## INFORMATION

Pursuant to Title 21, United States Code, Section 851, the government files this Information giving notice that at the sentencing of defendant, Denzel Chisholm, the government will seek increased punishment by reason of the following criminal conviction:

Barnstable District Court, Barnstable, Massachusetts, Docket Number 972CR00100, Conspiracy to Violate Drug Laws; in violation of Massachusetts General Laws, Chapter 94C §40; imposition of sentence: March 29, 2010

The conviction is further described in the copy of records of the Barnstable District Court, which are attached hereto, and incorporated by reference herein.

                                                    Respectfully submitted,

                                                    WILLIAM D. WEINREB
                                                    Acting United States Attorney

                                        By:    /s/ Eric S. Rosen
                                                    Eric S. Rosen
                                                    Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the counsel of record for the defendant the foregoing document and attachments via electronic filing.

                                                    /s/ Eric S. Rosen
                                                    Eric S. Rosen
                                                    Assistant U.S. Attorney



**COMMONWEALTH OF MASSACHUSETTS**
**BARNSTABLE COUNTY**
Docket Report

### 0972CR00100
### Commonwealth vs. Chisholm, Denzel

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Indictment | **FILE DATE:** | 07/17/2009 |
| **ACTION CODE:** | 94C/32E/B-0 | **CASE TRACK:** | A - Standard |
| **DESCRIPTION:** | HEROIN/MORPHINE/OPIUM, TRAFFICKING IN c94C §32E(c) | | |
| **CASE DISPOSITION DATE** | 11/20/2012 | **CASE STATUS:** | Open |
| **CASE DISPOSITION:** | Disposed | **STATUS DATE:** | 11/20/2012 |
| **CASE JUDGE:** | | **CASE SESSION:** | Criminal 1 |

### LINKED CASE

### DCM TRACK

| Tickler Description | Due Date | Completion Date | |
|---|---|---|---|
| Final Pre-Trial Conference | 02/04/2010 | 11/20/2012 | 2.00 |
| Case Disposition | 02/18/2010 | 11/20/2012 | 3.00 |
| Pre-Trial Hearing | 07/30/2009 | 11/20/2012 | 1.00 |

### PARTIES

**Prosecutor**
Commonwealth

**Attorney for the Commonwealth**   546143
Brian S. Glenny
District Atty/ Cape & Islands District
District Atty/ Cape & Islands District
3231 Main St
Barnstable, MA 02630
Work Phone
Added Date: 12/06/2012

**Defendant**
Chisholm, Denzel W

Hyannis, MA 02601

**Private Counsel**   564624
Peter A. Lloyd
Attorney Peter A. Lloyd, P.C.
Attorney Peter A. Lloyd, P.C.
The Barnstable House
3010 Main Street
Barnstable, MA 02630
Work Phone
Added Date: 12/06/2012

**Surety**
Bohun, Janiero G



**COMMONWEALTH OF MASSACHUSETTS**
**BARNSTABLE COUNTY**
Docket Report

## PARTY CHARGES

| # | Offense Date/ Charge | Code | Town | Disposition | Disposition Date |
|---|---|---|---|---|---|
| 1 | 01/23/2009 HEROIN/MORPHINE/OPIUM, TRAFFICKING IN c94C §32E(c) | 94C/32E/B-0 | Barnstable | Guilty of Lesser Included Offense | 03/29/2010 |
| 2 | 01/23/2009 DRUG, POSSESS TO DISTRIB CLASS B c94C §32A(a) | 94C/32A/G-1 | Barnstable | Dismissed | 03/29/2010 |
| 3 | 01/23/2009 FIREARM WITHOUT FID CARD, POSSESS c269 s.10(h) | 269/10/G-2 | Barnstable | Guilty | 03/29/2010 |
| 4 | 01/23/2009 FIREARM WITHOUT FID CARD, POSSESS c269 s.10(h) | 269/10/G-2 | Barnstable | Guilty | 03/29/2010 |
| 5 | 01/23/2009 CONSPIRACY TO VIOLATE DRUG LAW c94C §40 | 94C/40-0 | Barnstable | Guilty | 03/29/2010 |

## EVENTS

| Date | Session | Event | Result | Resulting Judge |
|---|---|---|---|---|
| 07/30/2009 | Criminal 1 | Arraignment | Held as Scheduled | |
| 09/14/2009 | Criminal 1 | Pre-Trial Conference | Rescheduled | |
| 09/24/2009 | Criminal 1 | Pre-Trial Conference | Held as Scheduled | |
| 11/12/2009 | Criminal 1 | Pre-Trial Hearing | Rescheduled | |
| 01/22/2010 | Criminal 1 | Status Review | Held as Scheduled | |
| 02/09/2010 | Criminal 1 | Hearing | Rescheduled | |
| 02/12/2010 | Criminal 1 | Hearing | Held as Scheduled | |
| 03/15/2010 | Criminal 1 | Final Pre-Trial Conference | Held as Scheduled | |
| 03/29/2010 | Criminal 1 | Jury Trial | Rescheduled | |
| 03/29/2010 | Criminal 1 | Hearing for Change of Plea | Held as Scheduled | |
| 01/23/2013 | Criminal 1 | Hearing RE: Discovery Motion(s) (JP Lab) | Held as Scheduled | |
| 02/20/2013 | Criminal 1 | Hearing RE: Discovery Motion(s) (JP Lab) | Held as Scheduled | |
| 12/23/2013 | Criminal 1 | Status Review | Held as Scheduled | |

| | FINANCIAL DETAILS | | | | |
|---|---|---|---|---|---|
| Date | Fees/Fines/Costs | Assessed | Paid | Dismissed | Balance |
| 02/24/2016 | Probation Fee assessed. Receipt: 4112 Date: 03/07/2016 | 65.00 | 0.00 | 0.00 | 65.00 |
| 01/24/2016 | Probation Fee assessed. Receipt: 4112 Date: 03/07/2016 | 65.00 | 0.00 | 0.00 | 65.00 |
| 12/24/2015 | Probation Fee assessed. Receipt: 4112 Date: 03/07/2016 | 65.00 | 0.00 | 0.00 | 65.00 |
| 11/24/2015 | Probation Fee assessed. Receipt: 4112 Date: 03/07/2016 | 65.00 | 0.00 | 0.00 | 65.00 |
| 10/24/2015 | Probation Fee assessed. Receipt: 4112 Date: 03/07/2016 | 65.00 | 0.00 | 0.00 | 65.00 |
| 09/24/2015 | Probation Fee assessed. Receipt: 2992 Date: 10/14/2015 Receipt: 4112 Date: 03/07/2016 | 65.00 | 14.05 | 0.00 | 50.95 |
| 08/24/2015 | Probation Fee assessed. Receipt: 2742 Date: 09/14/2015 Receipt: 2992 Date: 10/14/2015 Receipt: 4112 Date: 03/07/2016 | 65.00 | 14.05 | 0.00 | 50.95 |
| 07/24/2015 | Probation Fee assessed. Receipt: 2742 Date: 09/14/2015 Receipt: 2992 Date: 10/14/2015 Receipt: 4112 Date: 03/07/2016 | 65.00 | 14.05 | 0.00 | 50.95 |
| 06/24/2015 | Probation Fee assessed. Receipt: 2742 Date: 09/14/2015 Receipt: 2992 Date: 10/14/2015 Receipt: 4112 Date: 03/07/2016 | 65.00 | 14.05 | 0.00 | 50.95 |
| 05/24/2015 | Probation Fee assessed. Receipt: 1971 Date: 06/12/2015 The amount of $21.85 was re-applied to March 16, 2014 fees owed Receipt: 2742 Date: 09/14/2015 Receipt: 2992 Date: 10/14/2015 Receipt: 4112 Date: 03/07/2016 Ordered by: Honorable | 65.00 | 14.08 | 0.00 | 50.92 |
| 04/24/2015 | Probation Fee assessed. Receipt: 1971 Date: 06/12/2015 The amount of $21.85 was re-applied to March 16, 2014 fees owed Receipt: 2742 Date: 09/14/2015 Receipt: 2992 Date: 10/14/2015 Receipt: 4112 Date: 03/07/2016 Ordered by: Honorable | 65.00 | 14.05 | 0.00 | 50.95 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 03/24/2015 | Probation Fee assessed. Receipt: 1971 Date: 06/12/2015 - The amount of $21.85 was re-applied to March 16, 2014 fees owed Receipt: 2742 Date: 09/14/2015 Receipt: 2992 Date: 10/14/2015 Receipt: 4112 Date: 03/07/2016 Ordered by: Honorable | 65.00 | 35.67 | 0.00 | 29.33 |
| 03/16/2015 | Probation Fee assessed in the amount of $520.00 for the 8 mos x $65.00 = $520.00 (July 2014 - Feb. 2015) Receipt: 1234 Date: 03/16/2015 - Balance set up as recurring charges. Receipt: 1971 Date: 06/12/2015 Receipt: 2742 Date: 09/14/2015 Receipt: 2992 Date: 10/14/2015 Receipt: 4112 Date: 03/07/2016 Ordered by: Honorable Gary A Nickerson | 520.00 | 520.00 | 0.00 | 0.00 |
| 01/22/2010 | Defendant waives right to have individual Counsel other than co-defendant's (Nickerson, Justice) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total | 1,300.00 | 640.00 | 0.00 | 660.00 |

| Deposit Account(s) Summary | Received | Applied | Checks Paid | Balance |
|---|---|---|---|---|
| Total | | | | |

## INFORMATIONAL DOCKET ENTRIES

| Date | Ref | Description | Judge |
|---|---|---|---|
| 04/22/2014 | 56 | MEMORANDUM of DECISION & ORDER: re: Defendant's Motion to Vacate and Motion for Reconsideration of Motion to Suppress: On March 29, 2010, the defendant, Denzel Chisholm, pleaded guilty to drug-related charges. Previously, on February 12, 2010, this court held a non-evidentiary hearing on the defendant's Motion to Suppress limited to the four corners of the warrant. After the hearing, this court denied the motion and made oral findings. Through his current motion, the defendant moves to vacate his guilty plea on the grounds that he received ineffective assistance of counsel and request this court reconsider his Motion to Suppress. For the reasons stated herein, the defendant's Motion to Vacate and Motion for Reconsideration of Motion to Suppress are DENIED. BACKGROUND...DISCUSSION...Conclusion. The defendant has failed to establish that Attorney Lloyd was ineffective as counsel. See Saferian, 366 Mass. at 96. Thus, there is no reason for this court to hold an evidentiary hearing on the defendant's Motion to Vacate and Motion for Reconsideration of Motion to Suppress.See Goodreau, 442 Mass. at 348-349. As the defendant has waived all nonjurisdictional errors through his guilty plea, this court will not reconsider his Motion to Suppress. See Fanelli, 412 Mass. at 500. Accordingly, the Defendant's Motion to Vacate and Motion to Reconsider Motion to Suppress are hereby DENIED. ORDER. For the foregoing reasons, it is hereby ORDERED that the defendant's Motion to Vacate and Motion for Reconsideration of Motion to Suppress is hereby DENIED. (Gary A. Nickerson, Justice) faxed to attys 4/23/2014 | |
| 03/10/2014 | 55 | Commonwealth files Consolidated Record Appendix on defendant's Moiton for New Trial and Motion to Reconsider the denial of his Motion to Suppress | |
| 03/10/2014 | 54 | Commonwealth files Memorndum of Law in Opposition to the Defendant's Motion to Reconsider the denial of his Motion to Suppress (RE: P#51) | |
| 03/10/2014 | 53 | Commonwealth files Memorndum of Law in Opposition to the Defendant's Rule 30 Motion for New Trial (RE: P#50) | |
| 01/07/2014 | | MOTION (P#52) allowed (Gary A. Nickerson, Justice). Copies mailed 1/7/2014 to ADA, PAL | |
| 12/20/2013 | 52 | MOTION by Commonwealth: to Enlarge Tme for Filing Opposition, Affidavit in support (RE: #51) | |
| 10/23/2013 | | MOTION (P#51) --The Commonwealth is directed to file its opposition to this motion, if any, within 60 days (Nickerson, Justice) copies to attys | |
| 10/23/2013 | | MOTION (P#50) --The Commonwealth is directed to file its opposition to this motion, if any, within 60 days (Nickerson, Justice) copies to attys | |
| 10/16/2013 | 51 | Denzel W Chisholm files motion for reconsideration of Motion to Suppress with affidavit and memorandum of law and attachments in support | |

| Date | # | Entry |
|---|---|---|
| 10/16/2013 | 50 | MOTION by Deft: to vacate with memorandum of law and affidavit of defendant in support |
| 05/16/2013 | 49 | General correspondence to Records, MCI Cedar Junction regarding mittimus issued on 03/29/2010 shall reflect a total of 89 days credit; cc to MCICO; cc to deft |
| 05/16/2013 | | MOTION (P#48) allowed defendant is entitled to a total of 89 days credit. (Robert C. Rufo, Justice). Copies mailed 5/16/2013 |
| 04/23/2013 | 48 | MOTION by Deft: for credit for pre-trial confinement pursuant to GL 279-33A: seeking a total of 89 days |
| 02/20/2013 | | MOTION (P#46) No further action requested at this time. (Gary A. Nickerson, Justice). |
| 02/20/2013 | | Volume 5 Discovery plus Grand Jury minutes received by defendants: counsel under protective order- off list until further motions. (Gary A Nickerson, Justice) |
| 01/23/2013 | | Continued to 2/20/2013 for hearing on drug lab/discovery; defendant's presence waived (Gary A. Nickerson, Justice) |
| 12/06/2012 | 47 | Notice of scheduled appearance for hearing on drug lab/discovery for 01/23/2013 at 9:00am; faxed/mailed to attys 12/6/2012 |
| 12/06/2012 | | Matter to be scheduled for 1/23/2013 for hearing on drug lab/discovery; defendant's presence waived (Scott D. Colgan, Assistant Clerk) |
| 11/20/2012 | 46 | Defendant's Motion for Production of Discovery (Drug Lab) with affidavit in support |
| 09/14/2010 | 45 | AMENDED Mittimus issued to Cedar Junction MCI (Walpole) reflecting grams; faxed to DOC |
| 09/14/2010 | 44 | General correspondence regarding corrected mittimus received from Department of Correction |
| 04/08/2010 | | AGREEMENT FOR JUDGMENT (P#41) allowed, Judgment to enter in accordance with the third paragraph of GL c 94C, section 47(d) (Gary A. Nickerson, Justice) (cert copy attys) |
| 04/05/2010 | 43 | General correspondence to Records, MCI Cedar Junction regarding victim witness fee paid on 04-02-2010 |
| 04/02/2010 | 42 | $90.00 Victim-witness fee paid as assessed from applied bail check no. 327 |
| 03/31/2010 | 41 | AGREEMENT FOR JUDGMENT: Filed -- Thirteen thousand nine hundred dollars ($13,900.00), US Currency in favor of the Plaintiff, Commonwealth of Massachusetts, pursuant to MGL Chapter 94C, Section 47(d); for the Commonwealth, Holly Harney, Esquire; for the defendant, Peter Lloyd, Esquire; and defendant Denzel W. Chisholm |
| 03/31/2010 | 40 | Defendant files MOTION to revise and revoke sentence |
| 03/29/2010 | 39 | Abstract sent to RMV pursuant to GL c 90, sec 22(f) |
| 03/29/2010 | | Sentence credit given as per 279:33A: 43 days |
| 03/29/2010 | | Defendant notified of right to receive credit for time served |

| Date | Entry |
|---|---|
| 03/29/2010 | Defendant notified of right of appeal to the Appellate Division of the Superior Court within ten days for review of sentence pursuant to Superior Court Rule 64. |
| 03/29/2010 | Defendant notified of his obligation to provide a sample of his DNA within one year of this date, pursuant to GL 22E, Sec 1-15; failure to comply, defendant may be assessed a $1,000.00 fine, imprisonment in the House of Correction for up to six months, or both. |
| 03/29/2010 | Monthly Victim Services Surcharge assessed: $5.00 (Gary A. Nickerson, Justice) |
| 03/29/2010 | Monthly Probation supervision fee assessed: $60.00 (Gary A. Nickerson, Justice) |
| 03/29/2010 | Victim-witness fee assessed on Offense #1: $90.00 (Gary A. Nickerson, Justice) |
| 03/29/2010 | RE Offense 2:Dismissed |
| 03/29/2010 | OFFENSE #1, as amended - Defendant sentenced to MCI Cedar Junction for a term of not more than seven years and not less than five years; OFFENSE #3, Counts I, II & OFFENSE #4, Counts I, II - On each offense and on each count concurrent, defendant sentenced to Barnstable Correctional Facility for a term of two years, said sentence to be served with sentence imposed in #09-0100-01; OFFENSE #5 - Defendant placed on probation for eight years concurrent with the sentence imposed in #09-0100-01, subject to the terms and conditions of the Probation Department; Special Conditions: Defendant to provide a sample of his DNA within one year pursuant to GL c 22E, sec 1-15; Defendant to undergo drug and alcohol evaluation and receive any recommended treatment up to and including inpatient and after care if ordered by the Court; Defendant to abstain from the use of alcohol and/or illicit drugs; Defendant to submit to random breathalyser tests and random urine screens; Defendant to promptly disclose to the Probation Department any medical treatment resulting in the issuance of prescription for controlled substances in classes "A, B, C, D or E" and shall sign any release forms necessary to enable the Probation Department to confer with the issuing physician so as to advise said physician of defendant's history of drug abuse; Defendant to perform eight hours monthly community service or $65.00 Probation Supervision Fee; Defendant to complete a G.E.D. preparation course and obtain his G.E.D.; Defendant to report to the Probation Department within 48 hours of his release (Gary A. Nickerson, Justice) |
| 03/29/2010 | Plea of guilty to Offense #1, as amended; Offense #2; Offense #3, Counts I, II; Offense #4, Counts I, II; Offense #5 accepted by Court (Gary A. Nickerson, Justice) |
| 03/29/2010 | RE Offense 5:Guilty plea |
| 03/29/2010 | RE Offense 4, Counts I, II:Guilty plea |
| 03/29/2010 | RE Offense 3, Counts I, II:Guilty plea |
| 03/29/2010 | RE Offense 2:Guilty plea |
| 03/29/2010 | RE Offense 1:Guilty plea (lesser offense) |
| 03/29/2010 | Defendant notified pursuant to Chapter 278, Sec 29D (Nickerson, Justice) |

| Date | # | Entry |
|---|---|---|
| 03/29/2010 | | Defendant retracts plea and pleads guilty to Offense #1, as amended; Offense #2; Offense #3, Counts I, II; Offense #4, Counts I, II; Offense #5 |
| 03/29/2010 | 36 | Waiver of defendants' rights |
| 03/29/2010 | 35 | RE: OFFENSE #1 - Assistant District Attorney nolle prosses so much of Docket #0972CR100-01 as charges more than Trafficking Oxycodone 28-100 grams 94C/32E(b)(2) |
| 03/29/2010 | 34 | Request by Merrily Lunsford, Cap Cod Times, for permission to attend Barnstable Superior Court session on 3/29/2010 for the purpose of taking photographs; Allowed (Scott D. Colgan, Assistant Clerk) |
| 03/29/2010 | 38 | Mittimus issued to Barnstable County Correctional Facility with copy of indictments |
| 03/29/2010 | 37 | Mittimus issued to Cedar Junction MCI (Walpole) with copy of indictment |
| 03/22/2010 | 33 | Request by James Kinsella, Barnstable Enterprise, for permission to attend Barnstable Superior Court session starting 3/29/2010 for the duration of trial for the purpose of taking photographs |
| 03/18/2010 | 32 | ORDER (of Supreme Judicial Court) DENYING APPLICATION FOR INTERLOCUTORY APPEAL: Upon consideration, it is ORDERED that the defendant's application for interlocutory appeal be, and hereby is, denied (Cowin, Justice of SJC) |
| 03/15/2010 | | Continued to 3/29/2010 for trial (Gary A. Nickerson, Justice) |
| 03/15/2010 | | Event: Final Pre Trial Conference hearing held (Gary A. Nickerson, Justice) |
| 03/15/2010 | | Joint Pre-Trial Memorandum not filed |
| 02/23/2010 | 31 | MOTION by Deft: to stay proceedings pending the decision on Defendant's Application for Interlocutory Appeal |
| 02/23/2010 | 30 | Notice of Interlocutory Appeal filed by Denzel W Chisholm |
| 02/23/2010 | | MOTION (P#29) allowed, by the Court, Gary A. Nickerson, Justice (Copies mailed 2/23/2010) |
| 02/23/2010 | 29 | MOTION by Deft: for Additional Time for the Defendant to file an Interlocutory Appeal |
| 02/12/2010 | 28 | Notice sent to appear for Final Pre Trial Conference on 3/15/2010 at 9:00 a.m. (mailed attys) |
| 02/12/2010 | | Continued until 3/29/2010 for trial (Nickerson, Justice) |
| 02/12/2010 | | Continued until 3/15/2010 for final pre-trial conference (Nickerson, Justice) |
| 02/12/2010 | | MOTION (P#26) - After hearing and review of the submitted materials, denied. Findings made on the record (Gary A. Nickerson, Justice) (2/17/10 copy to attys) |
| 02/12/2010 | | Hearing on Non-Evidentiary on Four Corners of Warrant and Affidavit (p#26) held before Justice Nickerson |
| 02/12/2010 | 27 | Commonwealth files memorandum in opposition to defendant's motion to suppress |

| Date | # | Entry |
|---|---|---|
| 01/22/2010 | | Continued to 2/12/2010 for hearing on Motion to Suppress (P#26) (Gary A. Nickerson, Justice) |
| 01/22/2010 | 26 | MOTION to SUPPRESS all physical evidence seized as a result of the execution of a search warrant at 55 Nautical Way, Hyannis, MA with Memorandum of Law in Support and Affidavit of Peter Lloyd, Esq. |
| 11/12/2009 | | Continued to 2/9/2010 for hearing on motion to suppress (Richard F. Connon, Justice) |
| 11/12/2009 | | Continued to 1/22/2010 for hearing on status/filing of motions (Richard F. Connon, Justice) |
| 11/12/2009 | 25 | Commonwealth files response to defendant's motions for discovery (P#15-#24) |
| 11/12/2009 | | Pre-trial conference report not filed |
| 11/12/2009 | | Event: Pre Trial hearing not held |
| 09/24/2009 | | Event: Pre Trial Conference hearing held (Richard F. Connon, Justice) |
| 09/24/2009 | | Continued to 11/12/2009 for hearing on pre-trial hearing (Richard F. Connon, Justice) |
| 09/15/2009 | 24 | MOTION by Deft: for chain of custody/property paperwork |
| 09/15/2009 | 23 | MOTION by Deft: for crime laboratory certificates |
| 09/15/2009 | 22 | MOTION by Deft: for disclosure of scientific tests and records of examination |
| 09/15/2009 | 21 | MOTION by Deft: for exculpatory evidence |
| 09/15/2009 | 20 | MOTION by Deft: for production of tape recordings |
| 09/15/2009 | 19 | MOTION by Deft: for "Turret Tape" and/or recordings of the police investigation |
| 09/15/2009 | 18 | MOTION by Deft: to inspect any and all physical evidence |
| 09/15/2009 | 17 | MOTION by Deft: for police reports, logs and memoranda |
| 09/15/2009 | 16 | MOTION by Deft: for statements of the defendants |
| 09/15/2009 | 15 | MOTION by Deft: for witness' statements |
| 09/11/2009 | 14 | Notice of rescheduled event for pre-trial conference on 9/24/2009; mailed to parties |
| 09/11/2009 | | Due to court scheduling conflict; Continued to 9/24/2009 for hearing on pre-trial conference (Richard F. Connon, Justice) |
| 08/05/2009 | 13 | $25,000 Cash Bail Received; recognizance form filed; released from BCCF on 8/1/09 |
| 07/31/2009 | 12 | Habeas corpus for Deft at Barnstable County Correctional Facility for September 14, 2009 at 9:00 a.m. (issued BCCF, copy to DA) |
| 07/31/2009 | 11 | Commonwealth files Petition for Writ of Habeas Corpus for defendant, approved (Nickerson, Justice) |
| 07/30/2009 | 10 | Case Tracking scheduling order (Gary A. Nickerson, Justice) mailed 7/31/2009 |
| 07/30/2009 | | Continued until 11/12/2009 for pre-trial hearing (Nickerson, Justice) |

| Date | | Entry |
|---|---|---|
| 07/30/2009 | | Continued until 9/14/2009 for pre-trial conference (Nickerson, Justice) |
| 07/30/2009 | | Deft notified of right to request drug exam |
| 07/30/2009 | | Bail warning read |
| 07/30/2009 | | BAIL: Bail set: $25,000.00 cash or $250,000.00 surety with prejudice (Nickerson, Justice) |
| 07/30/2009 | | RE Offense 5:Plea of not guilty |
| 07/30/2009 | | RE Offense 4, Counts I, II:Plea of not guilty |
| 07/30/2009 | | RE Offense 3, Counts I, II:Plea of not guilty |
| 07/30/2009 | | RE Offense 2:Plea of not guilty |
| 07/30/2009 | | RE Offense 1:Plea of not guilty |
| 07/30/2009 | | Tracking deadlines Active since return date |
| 07/30/2009 | | Assigned to Track "A", see scheduling order (Nickerson, Justice) |
| 07/30/2009 | | Deft arraigned before Court (Nickerson, Justice) |
| 07/30/2009 | 8 | Appearance of Deft's Atty: Peter A Lloyd for arraignment only |
| 07/30/2009 | 9 | Mittimus for safe keeping issued to Barnstable County Correctional Facility |
| 07/24/2009 | 7 | General correspondence from ADA Harney to Atty Lloyd regarding arraignment scheduled for 07/30/2009; copy filed |
| 07/24/2009 | 6 | Summons for arraignment issued deft at 55 Nautical Way, Hyannis for 07/30/2009; copy filed |
| 07/17/2009 | | TAB #1---BCCF phone records; formerly tab #2 of 09-054; confidential box |
| 07/17/2009 | 5 | OFFENSE #5---Indictment returned |
| 07/17/2009 | 4 | OFFENSE #4, Counts I-II---Indictment returned (Possess Ammunition) |
| 07/17/2009 | 3 | OFFENSE #3, Counts I-II---Indictment returned (Possess Firearm) |
| 07/17/2009 | 2 | OFFENSE #2---Indictment returned (Oxycodone) |
| 07/17/2009 | 1 | OFFENSE #1---Indictment returned |

A true copy, Attest:



Clerk