# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 16-CR-10096(3s)-PBS |
| | ) |
| v. | ) VIOLATIONS: |
| (1) DENZEL CHISHOLM a/k/a "Den," a/k/a "Din"; and, | ) 21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute Heroin and Suboxone. |
| (14) MOLLY LONDON. | ) 21 U.S.C. § 841 – Possession with Intent to Distribute and Distribution of Heroin and Suboxone |
| Defendants. | ) 21 U.S.C. § 856 – Maintaining a Place for Drug Purposes |
| | ) 18 U.S.C. § 922(g)(1) – Possession of a Firearm by a Felon |
| | ) 18 U.S.C. § 2 – Aiding and Abetting |
| | ) 21 U.S.C. § 843(b) – Use of a Communications Facility in Commission of a Felony Drug Offense |

## INDICTMENT

**COUNT ONE**       21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute and to Distribute Heroin; 18 U.S.C. § 2 – Aiding and Abetting

The Grand Jury charges that:

From a date unknown, but not later than in or around 2011, and continuing through April 2016, at Yarmouth, Barnstable and elsewhere in the District of Massachusetts,

**(1)     DENZEL CHISHOLM;**

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others, known and unknown to the Grand Jury, to distribute, and to possess with the intent to distribute, a controlled substance, to wit: heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One of the Indictment involved one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and that this amount was reasonably foreseeable by and attributable to **(1) DENZEL CHISHOLM**. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(i) is applicable to this Count and to **(1) DENZEL CHISHOLM.**

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

**COUNT TWO**            21 U.S.C. § 841(a)(1) – Possession with Intent to
                         Distribute and Distribution of Heroin

The Grand Jury further charges that:

On or about February 26, 2016, in the District of Massachusetts,

**(1)  DENZEL CHISHOLM,**

defendant herein, did knowingly and intentionally possess with the intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT THREE**             21 U.S.C. § 841(a)(1) – Possession with Intent to
                            Distribute and Distribution of Heroin

The Grand Jury further charges that:

On or about March 2, 2016, in the District of Massachusetts,

### (1) DENZEL CHISHOLM,

defendant herein, did knowingly and intentionally possess with the intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT FOUR**                    21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute and Distribution of 100 Grams or More of Heroin

The Grand Jury further charges that:

On or about March 3, 2016, in the District of Massachusetts,

**(1)     DENZEL CHISHOLM,**

defendant herein, did knowingly and intentionally possess with the intent to distribute and did distribute a mixture and substance containing 100 grams or more of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

**COUNT FIVE**             21 U.S.C. § 841(a)(1) – Possession with Intent to
                           Distribute and Distribution of Heroin; 18 U.S.C. § 2 –
                           Aiding and Abetting

The Grand Jury further charges that:

On or about March 8, 2016, in the District of Massachusetts and elsewhere,

**(1)     DENZEL CHISHOLM**

defendant herein, did knowingly and intentionally possess with the intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT FOURTEEN**         21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute and Distribution of Heroin; 18 U.S.C. § 2 – Aiding and Abetting

The Grand Jury further charges that:

On or about February 4, 2016, in the District of Massachusetts,

**(1)      DENZEL CHISHOLM**

defendant herein, did knowingly and intentionally possess with the intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

**COUNT FIFTEEN**              21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute and Distribution of Heroin

The Grand Jury further charges that:

On or about November 16, 2015, in the District of Massachusetts,

**(1)      DENZEL CHISHOLM,**

defendant herein, together with others known and unknown to the grand jury, did knowingly and intentionally possess with the intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT SIXTEEN**                21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute and Distribution of Heroin; 18 U.S.C. § 2 – Aiding and Abetting

The Grand Jury further charges that:

On or about March 6, 2016, in the District of Massachusetts,

**(1)     DENZEL CHISHOLM,**

defendant herein, did knowingly and intentionally possess with the intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and did aid and abet one another in said distribution.

All in violation of Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

**COUNT TWENTY TWO**   21 U.S.C. § 856(a)(2) – Maintaining a Place for Drug Purposes

The Grand Jury further charges that:

From in or about January 2016, and continuing up to or on or about April 5, 2016 at Hyannis in the District of Massachusetts,

### (14)   MOLLY LONDON,

defendant herein, while controlling a building, room, and enclosure at 131 Chase Street, Unit/Apt. B, Hyannis, Massachusetts as a lessee and occupant, knowingly and intentionally made available for use, with and without compensation, said building, room, and enclosure for the purpose of unlawfully storing and distributing a controlled substance, namely heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(2).

**COUNT TWENTY THREE**     21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute and Distribution of Heroin; 18 U.S.C. § 2 – Aiding and Abetting

The Grand Jury further charges that:

On or about March 24, 2016, in the District of Massachusetts and elsewhere,

**(1)     DENZEL CHISHOLM,**

defendant herein, did knowingly and intentionally possess with the intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

It is further alleged that the offense charged in Count Twenty-Three of the Indictment involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and that this amount was reasonably foreseeable by and attributable to **(1) DENZEL CHISHOLM.** Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i) is applicable to this Count and to **(1) DENZEL CHISHOLM.**

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(i), and 841(b)(1)(C), and Title 18, United States Code, Section 2.

**COUNT TWENTY EIGHT**          21 U.S.C. § 843(b) – Use of a Communications Facility in Commission of a Felony Drug Offense

The Grand Jury further charges that:

On or about February 29, 2016, at approximately 8:03 p.m. at Norfolk and elsewhere in the District of Massachusetts,

**(1)   DENZEL CHISHOLM,**

defendant herein, did knowingly and intentionally use communication facilities, that is, cellular telephones, in committing, causing and facilitating the commission of the crime of conspiracy to distribute and possess with intent to distribute suboxone, a Schedule III controlled substance, a felony under the provisions of Title 21, United States Code, Sections 841(b)(1)(E)(i) and 846.

All in violation of Title 21, United States Code, Section 843(b).

**COUNT THIRTY**          21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute and to Distribute Suboxone

The Grand Jury further charges that:

From a date unknown, but not later than in or around February 2016, and continuing through June 2016, at Yarmouth, Barnstable, Norfolk, and elsewhere in the District of Massachusetts,

**(1)   DENZEL CHISHOLM,**

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others, known and unknown to the Grand Jury, to distribute, and to possess with the intent to distribute, a controlled substance, to wit: suboxone, a Schedule III controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E).

All in violation of Title 21, United States Code, Section 846.

**COUNT THIRTY-ONE**         21 U.S.C. § 841(a)(1) – Possession of Suboxone with Intent to Distribute

The Grand Jury further charges that:

On or about April 5, 2016, in the District of Massachusetts,

**(1)     DENZEL CHISHOLM,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of suboxone, a Schedule III controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E).

**COUNT THIRTY TWO**        21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute and Distribution of Heroin; 18 U.S.C. § 2 – Aiding and Abetting

The Grand Jury further charges that:

On or about April 5, 2016, in the District of Massachusetts and elsewhere,

    **(1)**    **DENZEL CHISHOLM and**
    **(14)**    **MOLLY LONDON,**

defendants herein, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and did aid and abet one another in possessing said heroin with the intent to distribute.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

**COUNT THIRTY THREE**          18 U.S.C. § 922(g)(1) – Possession of a Firearm by a Convicted Felon

The Grand Jury further charges that:

On or about April 5, 2016, in the District of Massachusetts,

**(1)  DENZEL CHISHOLM,**

after having been convicted in a court of a crime which is punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, the following firearm: a Glock Model 31, .357 caliber semi-automatic pistol bearing serial number WRW737.

In violation of Title 18, United States Code, Section 922(g)(1).